TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Samantha Thomas*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samantha Thomas,<br><br>    Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation.<br><br>    Defendant. | Case No.:  2:15-cv-01998-ROS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement.

1

1  The parties anticipate filing a Stipulation of Dismissal with Prejudice, pursuant to Fed.
2  R. Civ. P. 41(a) within 60 days.
3
4       RESPECTFULLY SUBMITTED this 29th day of December, 2015.

                        KENT LAW OFFICES


                        By:   */s/  Trinette G. Kent*
                        Trinette G. Kent
                        Attorney for Plaintiff,
                        Samantha Thomas